FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DAJ

08 C 384

JUDGE GRADY
MAGISTRATE JUDGE VALDEZ

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

JACQUELINE CASTILLO,
Plaintiff,
v.
CHICAGO POLICE LIEUTENANT CONROY, et al.
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JACQUELINE CASTILLO

| | |
|---|---|
| **NAME** (Type or print) Katie Z. Ehrmin | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Katie Z. Ehrmin | |
| **FIRM** Law Office of Jeffrey B. Granich | |
| **STREET ADDRESS** 53 West Jackson Blvd., Suite 840 | |
| **CITY/STATE/ZIP** Chicago, IL 60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 6292120 | **TELEPHONE NUMBER** 312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |