UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                     Case: 08 C 384

    JACQUELINE CASTILLO, Plaintiff         Judge Hart
                                             Mag. Judge Valdez

        v.

    CITY OF CHICAGO et al., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Patrick Conroy** Defendant.

---

| | |
|---|---|
| SIGNATURE<br>    /s/ Marcy M. Labedz      ASSISTANT CORPORATION COUNSEL | |
| FIRM<br>    CITY OF CHICAGO. DEPT. OF LAW-INDIVIDUAL DEFENSE DIVISION | |
| STREET ADDRESS<br>    30 N. LaSALLE STREET, SUITE 1400 | |
| CITY/STATE/ZIP<br>    CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    06279219 | TELEPHONE NUMBER<br>    (312) 744-3982 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES **X**    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐    NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES **X**    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |