UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE CASTILLO,                         )<br>                                                              )<br>              Plaintiff,                            )<br>                                                              )<br>      v.                                                  )<br>                                                              )<br>CHICAGO POLICE LIEUTENANT CONROY, )<br>Star No. 267, and UNKNOWN              )<br>CHICAGO POLICE OFFICERS, and       )<br>CITY OF CHICAGO, ILLINOIS,              )<br>                                                              )<br>              Defendants.                       ) | NO.  08 C 384<br><br>JUDGE HART<br>MAGISTRATE JUDGE VALDEZ |

**DEFENDANT CONROY'S AGREED MOTION TO
ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officer Patrick Conroy, ("Defendant Conroy"), by one of his attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court to enlarge the time in which Defendant Conroy may answer or otherwise plead to Plaintiff's Complaint, up to and including April 15, 2008.  In support thereof, Defendant Conroy states as follows:

1.    Plaintiff's Complaint was filed on January 17, 2008.

2.    The undersigned has filed an appearance for Defendant Conroy on February 27, 2008.

3.    Defendant Conroy's Answer or other responsive pleading is due at or about February 26, 2008.

4.    Defendant Conroy's attorney has not been able to review the file, and has not been able to meet with her client.

5.    This Motion is Defendant Conroy's first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues.

6.    Plaintiff's counsel, Katie Ehrmin, has no objection to the extension of time requested herein.

**WHEREFORE,** Defendant Conroy respectfully request that this Honorable Court grant an extension of time up to and including April 15, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566
Attorney No.  06279219

February 28, 2008

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANT CONROY'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on February 28, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Marcy M. Labedz
　　　　　　　　　　　　　　　　　　　　MARCY M. LABEDZ