**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jacqueline Castillo
       Plaintiff,

v.              Case No.: 1:08−cv−00384
              Honorable William T. Hart

Conroy, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 29, 2008:

  MINUTE entry before Judge William T. Hart :Motion hearing set for 3/12/2008 is stricken. Defendant Conroy's agreed motion to enlarge time to 4/15/2008 to answer or otherwise plead [11] is granted. Status hearing set for 4/23/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.