**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| Castillo v. Conroy, et al. | Case Number: | 08 C 384 |
|---|---|---|

Judge Hart

Magistrate Judge Valdez

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Diane S. Cohen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Diane S. Cohen | |
| FIRM <br> City of Chicago Department of Law | |
| STREET ADDRESS <br> 30 N. LaSalle, 10th Fl. | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6199493 | TELEPHONE NUMBER <br> 312-744-2836 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |