IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CASTILLO, | ) | |
| | ) | 08 C 384 |
| Plaintiff, | ) | |
| | ) | Judge Hart |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| CHICAGO POLICE LIEUTENANT CONROY, | ) | |
| Star No. 267, and UNKNOWN POLICE OFFICERS, | ) | |
| and CITY OF CHICAGO, ILLINOIS, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("City"), by Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully requests that this Court grant an extension of time up to and including April 15, 2008 in which to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. On January 17, 2008, plaintiff filed a complaint against the City, Chicago Police Lieutenant Conroy, and "unknown police officers" pursuant to 42 U.S.C. §1983. Specifically, plaintiff alleges a <u>Monell</u> claim against the City and unlawful search and seizure claims against the individual defendants. Plaintiff further alleges intentional infliction of emotional distress, pursuant to Illinois law. The City was served on January 22, 2008. Accordingly, the City's answer or other pleading was due on February 11, 2008.

2. Because the undersigned counsel for the City was only recently assigned to this case, additional time is needed to prepare the City's answer or other pleading.

3. This motion is the City's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

WHEREFORE, the City respectfully requests that this Court grant it additional time, up to and including April 15, 2008, in which to answer or otherwise plead to plaintiff's complaint.

Dated: March 11, 2008

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel for the City of Chicago

By:   /s/ Marcela D. Sánchez
Assistant Corporation Counsel
Employment and Policy Division

30 N. LaSalle St.
Suite 1020
Chicago, IL 60602
(312) 744-9332