IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE CASTILLO, )  )  **Plaintiff,** )  )  v. )  )  CHICAGO POLICE LIEUTENANT CONROY, )  Star No. 267, and UNKNOWN POLICE OFFICERS, )  and CITY OF CHICAGO, ILLINOIS, )  )  )  **Defendants.** ) | 08 C 384  Judge Hart  Magistrate Judge Valdez |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Wednesday, March 19, 2008 at 11:00 a.m., I shall appear before Judge William T. Hart in Room 2243 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is hereby served upon you.

Dated: March 11, 2008

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:   **/s/ Marcela D. Sánchez**
MARCELA D. SÁNCHEZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332

### CERTIFICATE OF SERVICE

Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Motion** and **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** to be served electronically upon all represented parties via the CM/ECF system this 11th day of March, 2008.

**/s/ Marcela D. Sánchez**