UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JACQUELINE CASTILLO,                    )
                                        )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )    NO.  08 C 384
                                        )
CHICAGO POLICE LIEUTENANT CONROY,       )
Star No. 267, and UNKNOWN               )    JUDGE HART
CHICAGO POLICE OFFICERS, and            )    MAGISTRATE JUDGE VALDEZ
CITY OF CHICAGO, ILLINOIS,              )
                                        )
          Defendants.                   )

## DEFENDANTS' JOINT AGREED MOTION TO
## ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Chicago Police Officer Patrick Conroy, ("Defendant Conroy"), by one of his attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court to enlarge the time in which Defendants may answer or otherwise plead to Plaintiff's Complaint, up to and including May 30, 2008.  In support thereof, Defendants states as follows:

1.      Plaintiff's Complaint was filed on January 17, 2008.

2.      On February 28, 2008, Defendant Conroy filed his first Motion for an Extension of Time to Answer or Otherwise plead up to and including April 15, 2008.

3.      On March 11, 2008, the City filed its first Motion for an Extension of Time to Answer or Otherwise plead up to and including April 15, 2008.

4.      On February 29, 2008, this Court granted Defendant Conroy's Motion for an Extension of Time.

5.      On March 14, 2008, this Court granted the City's Motion for an Extension of Time.

6.      At this time, all parties are engaging in settlement discussions, and want to avoid further costs for either side.

7.     This Motion is Defendants' second request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues.

8.     Plaintiff's counsel, Jeffrey Granich,  has no objection  to the extension of time requested herein.


**WHEREFORE,** Defendants respectfully request that this Honorable Court grant an extension of time up to and including May 30, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
312-744-3982
Attorney No. 06279219

/s/ Marcella D. Sanchez
MARCELLA D. SANCHEZ
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1020
Chicago, IL 60602
312-744-9332
Attorney No. 06275837

April 15, 2008

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on April 15, 2008.


/s/ Marcy M. Labedz
MARCY M. LABEDZ