UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE CASTILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 08 C 384 |
| | ) |
| CHICAGO POLICE LIEUTENANT CONROY, | ) |
| Star No. 267, and UNKNOWN | ) JUDGE HART |
| CHICAGO POLICE OFFICERS, and | ) MAGISTRATE JUDGE VALDEZ |
| CITY OF CHICAGO, ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF AGREED MOTION

TO:   Jeffrey Brooks Granich          Katie Z. Ehrmin
      Law Offices of Jeffrey Granich  Law Offices of Jeffrey Granich
      53 W. Jackson, Suite 840        53 W. Jackson, Suite 840
      Chicago, IL 60604               Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hart or before such other Judge sitting in his place or stead, on **Wednesday, April 23, 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 15th day of April 2008.

                                        Respectfully submitted,

                                        /s/ Marcy M. Labedz
                                        Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois  60602
(312) 744-3982
Attorney No.  06279219

1