**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jacqueline Castillo
                Plaintiff,

v.                                          Case No.: 1:08−cv−00384
                                                     Honorable William T. Hart

Conroy, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable William T. Hart:Motion hearing set for 4/23/2008 is stricken. Defendants' agreed motion to enlarge time to answer or otherwise plead to 5/30/2008 [19] is granted. Status hearing reset to 6/4/2008 at 11:00 a.m. for report on settlement.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.