UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 384 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHICAGO POLICE LIEUTENANT CONROY, Star No. 267, and UNKNOWN CHICAGO POLICE OFFICERS, and CITY OF CHICAGO, ILLINOIS, | ) ) ) ) | Judge Grady Magistrate Judge Valdez |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:  Jeffrey Brooks Granich                Marcella D. Sanchez
     Katie Z. Ehrmin                       Assistant Corporation Counsel
     Law Offices of Jeffrey Granich        City of Chicago
     53 W. Jackson, Suite 840              30 N. LaSalle St., Suite 1020
     Chicago, IL 60604                     Chicago, IL 60602

**PLEASE TAKE NOTICE** that on May 30, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CONROY'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219