UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE CASTILLO, ) | |
| ) | |
| Plaintiff, ) | No. 08 C 384 |
| vs. ) | |
| ) | Judge Hart |
| CHICAGO POLICE LIEUTENANT ) | |
| CONROY, Star No. 267, and UNKNOWN ) | Magistrate Judge Valdez |
| CHICAGO POLICE OFFICERS, and ) | |
| CITY OF CHICAGO, ILLINOIS, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

### DEFENDANT CITY OF CHICAGO'S MOTION
### FOR LEAVE TO SUBSTITUTE COUNSEL

Defendant City of Chicago (the "City"), by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully moves this Court for leave to withdraw the appearances of Diane S. Cohen and Marcela D. Sanchez and substitute Helen C. Gibbons as counsel of record and pursuant to Northern District of Illinois Local Rule 83.17. In support of this motion, the City states:

1. Attorneys Diane S. Cohen and Marcela D. Sanchez currently have appearances on file on behalf of the City in the above-captioned matter.

2. Due to recent reorganization of the City's Law Department Ms. Cohen and Ms. Sanchez are no longer assigned to this case.

3. Assistant Corporation Counsel Helen Gibbons has filed her appearance for the City.

5. The City respectfully requests that appearances of Ms. Cohen and Ms. Sanchez as attorneys of record be withdrawn.

6. This motion is not intended to cause any undue delay in the proceedings nor cause prejudice to the plaintiff.

WHEREFORE, the City respectfully requests that this Court grant its motion for leave to withdraw the appearances of Diane S. Cohen and Marcela Sanchez and substitute Helen C.

Gibbons as counsel of record pursuant to Northern District of Illinois Local Rule 83.17.

                                                      Respectfully submitted,

                                                     MARA S. GEORGES
                                                     Corporation Counsel of the
                                                     City of Chicago

                                                     /s/ Helen C. Gibbons
                                                     HELEN C. GIBBONS
                                                     Assistant Corporation Counsel

30 N. LaSalle St.
Suites 1020
Chicago, IL 60602
(312) 742-3541
(312) 744-3938 Fax
Attorney No. 6292881

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I electronically served a copy of this Notice of Motion and Defendants' Motion for Leave to Withdraw Counsel on the attorney identified in the Notice of Motion on this 3rd day of June 2008.

/s/Helen C. Gibbons  
Helen C. Gibbons
