UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 384 |
| vs. | ) | |
| | ) | Judge Hart |
| CHICAGO POLICE LIEUTENANT | ) | |
| CONROY, Star No. 267, and UNKNOWN | ) | Magistrate Judge Valdez |
| CHICAGO POLICE OFFICERS, and | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO FILE INSTANTER ITS ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel, moves this Honorable Court to allow it to submit *instanter* its Answer, Defenses and Jury Demand to Plaintiff's Complaint, and in support states:

1. In a minute order dated April 18, 2008, this Court granted a motion to enlarge time to answer or otherwise plead to May 30, 2008.

2. Due to recent reorganization of the City's Law Department undersigned counsel was assigned the case on May 30, 2008 and the City did not timely file its answer.

3. This scheduling oversight which resulted in this late filing was not done with the intention to prejudice the plaintiff or in any way delay the proceedings. Therefore, undersigned counsel respectfully asks this court to accept the City's attached answer to plaintiff's Complaint, and apologizes for any delay this may have caused.

4. The undersigned counsel has spoken with plaintiff's counsel on June 2, 2008 and plaintiff has no objection to this motion.

WHEREFORE, the City respectfully requests allow it to submit instanter its Answer, Defenses and Jury Demand to Plaintiff's Complaint.

                                                Respectfully submitted,

                                                MARA S. GEORGES
                                                Corporation Counsel of the City of Chicago

By:   /s/ Helen C. Gibbons
        HELEN C. GIBBONS
        Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-742-3541
Attorney No. 6292881

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 3rd day of June, 2008.


                                              /s/ Helen C. Gibbons  
                                              HELEN C. GIBBONS