UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 384 |
| vs. | ) | |
| | ) | Judge Hart |
| CHICAGO POLICE LIEUTENANT | ) | |
| CONROY, Star No. 267, and UNKNOWN | ) | Magistrate Judge Valdez |
| CHICAGO POLICE OFFICERS, and | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**NOTICE OF MOTIONS**

To:   All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** and **DEFENDANT CITY OF CHICAGO'S AGREED MOTION TO FILE INSTANTER ITS ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, copies of which are attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hart, or before such other Judge sitting in his place or stead, on the 11th day of May, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 3rd day of June 2008.

                                        MARA S. GEORGES
                                      CORPORATION COUNSEL
                                      CITY OF CHICAGO

                         BY:   /s/ Helen C. Gibbons

| | |
|---|---|
| City of Chicago, Department of Law | HELEN C. GIBBONS |
| 30 North LaSalle Street, Suite 1020 | Assistant Corporation Counsel |
| Chicago, Illinois 60602 | Attorney for Defendant City and Defendant Cline |
| (312) 742-3541 | |