UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 384 |
| vs. | ) | |
| | ) | Judge Hart |
| CHICAGO POLICE LIEUTENANT | ) | |
| CONROY, Star No. 267, and UNKNOWN | ) | Magistrate Judge Valdez |
| CHICAGO POLICE OFFICERS, and | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 4th day of June, 2008.

                                                          MARA S. GEORGES
                                                          Corporation Counsel
                                                          of the City of Chicago

BY:      /s/ Helen C. Gibbons
              HELEN C. GIBBONS
              Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois 60602
(312) 742-3541
Attorney No. 6292881