# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 384 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Castillo vs. Conroy, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/18/2008 at 11:00 a.m.  Motion hearing set for 6/11/2008 is stricken. Defendant City of Chicago's motion for leave to substitute counsel [25] is granted.  Diane S. Cohen and Marcela D. Sanchez are withdrawn as counsel for defendant City of Chicago.  Helen C. Gibbons is given leave to file her appearance as counsel for defendant City of Chicago.  Defendant City of Chicago's agreed motion to file instanter its answer, defenses and jury demand [26] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|