# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAQUELINE CASTILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | 08 C 384 |
| CHICAGO POLICE LIEUTENANT CONROY, ) | |
| Star No. 267, and UNKNOWN ) | JUDGE HART |
| CHICAGO POLICE OFFICERS, and ) | |
| CITY OF CHICAGO, ILLINOIS, ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## AGREED MOTION TO EXTEND DISCOVERY

Plaintiff, JAQUELINE CASTILLO, by her attorney, Jeffrey B. Granich, respectfully moves for to extend discovery in this matter to February 27, 2008, and in support of this motion states as follows:

1. On January 17, 2008, Plaintiff filed the instant action for an incident that occurred in August of 2007 when Chicago Police Officers entered her home without a warrant while she was at work, shot and killed her two dogs, and then unlawfully searched her home, causing severe damage in the process.

2. By the end of February, 2008, all named Defendants had been served.

3. However, Defendants filed motions to extend the time for their answers, which were granted by this Court. Defendant Conroy and Defendant City filed their answers, therefore, on May 30, 2008 and June 4, 2008, respectively.

4. On June 22, 2008, Plaintiff made her Rule 26(a)(1) disclosures to Defendants, and also issued written discovery requests to Defendants. Defendants' responses to these requests are due this week.

5.  Plaintiff has also served Defendants with a deposition notice for Defendant Conroy's, which is scheduled for August 12, 2008.  However, Counsel for Defendant City has indicated she has a conflict with this date, and thus, this date may need to be rescheduled.

6.  To date, neither Defendant City nor Defendant Conroy has tendered their 26(a)(1) disclosures, though Plaintiff has specifically requested them in writing.  Counsel for Defendant Conroy has indicated she will be tendering her disclosures by the end of this week, however as of the filing of this motion, Plaintiff has not received them.  If Plaintiff does not receive these disclosures, she will file a motion to compel these disclosures next week.

7.  Most significantly, because Plaintiff has not received any discovery from Defendants, she has been unable to even name the several unknown police officer Defendants in this matter.

8.  Once Plaintiff receives the requested documents in this matter, she anticipates she will be seeking This Court's leave to amend her Complaint to add additional defendants.

9.  On June 25, 2008, the undersigned's associate appeared on the undersigned's behalf at a status hearing, since the undersigned was out of town on a planned vacation with his family.  During that status hearing, this Court set a discovery disclosure date of August 29, 2008.

10.  Since Plaintiff has been thus far, unable to even name all the Defendants, let alone to conduct any discovery, and thus, she is requesting additional time in order to amend her complaint, serve additional defendants and then conduct discovery with those defendants as well as the two previously named.

11.  On Monday, July 21, 2008, the undersigned discussed this motion with Counsel for Defendant Conroy who indicated that both her and counsel for the City are in agreement with Plaintiff's request for an extension of discovery in this matter.

12.	In addition, Plaintiff is willing to participate in a settlement conference with Magistrate Judge Valdez in an attempt to resolve this matter short of trial.

WHEREFORE, Plaintiff respectfully requests that this Court extend discovery in this matter until February 27, 2008.

                Respectfully submitted,

                /s/ Jeffrey B. Granich_____
                Attorney for Plaintiff

53 W. Jackson, Suite 804
Chicago, IL  60604
312.939.9009
ATTY No. 06207030