IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAQUELINE CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 08 C 384 |
| CHICAGO POLICE LIEUTENANT CONROY, | ) | |
| Star No. 267, and UNKNOWN | ) | JUDGE HART |
| CHICAGO POLICE OFFICERS, and | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

TO:   **All counsel of Record**

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **AGREED MOTION TO EXTEND DISCOVERY**.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hart, or such other Judge sitting in his place or stead, on the 30th day of July, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard and then and there present this motion.

    I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF AGREED** and **AGREED MOTION TO EXTEND DISCOVERY** be electronically submitted to all counsel of record through the CM/ECF electronic case management database of the United States District Court, Northern District of Illinois, on this 24th day of July, 2008.

    Respectfully Submitted,

                                                <u>/s/ Jeffrey B. Granich</u>
                                                Attorney for Plaintiff

53 W. Jackson, Suite 804
Chicago, IL 60604
312.939.9009
ATTY No. 06207030