Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 384 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Castillo vs. Conroy, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Qualified HIPAA and Confidential Matter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|