IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JAQUELINE CASTILLO, | ) | |
| | ) | 08 C 384 |
| Plaintiff, | ) | |
| | ) | Judge HART |
| vs. | ) | |
| | ) | Magistrate Judge VALDEZ |
| CITY OF CHICAGO, et. al., | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO:   **All counsel of Record**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PLAINTIFF'S MOTION TO FILE FIRST AMENDED COMPLAINT**.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Hart, or such other Judge sitting in his place or stead, on the 13th day of August, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard and then and there present this motion.

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **MOTION TO FILE FIRST AMENDED COMPLAINT** be electronically submitted to all counsel of record through the CM/ECF electronic case management database of the United States District Court, Northern District of Illinois, on this 7th day of August, 2008.

Respectfully Submitted,

/s/ Jeffrey B. Granich
Attorney for Plaintiff

53 W. Jackson, Suite 804
Chicago, IL  60604
312.939.9009
ATTY No. 06207030

1