# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 384 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Castillo vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff's motion to file first amended complaint [39] is granted; defendants are given to 8/27/2008 to answer or otherwise plead.  Status hearing reset to 9/24/2008 at 11:00 a.m.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | CW |
|---|---|---|