# United States District Court for the Northern District of Illinois

Case Number: 08CV384    Assigned/Issued By: DAJ

Judge Name: HART    Designated Magistrate Judge: VALDEZ

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

## ISSUANCES

☐ Summons                              ☑ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
                                       (Victim, Against and $ Amount)
☐ Writ _____
       (Type of Writ)

__2__ Original and __2__ copies on __08/15/08__ as to __PATRICK CONROY,__
                                   (Date)
CITY OF CHICAGO _____

C:\wpwin80\docket\feeinfo.frm    03/14/05