## United States District Court for the Northern District of Illinois

Case Number: 08CV384    Assigned/Issued By: DAJ

Judge Name: HART    Designated Magistrate Judge: VALDEZ

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

**ISSUANCES**

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
(Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

<u>9</u> Original and <u>9</u> copies on <u>08/15/08</u> as to <u>OFFICER MIESZCAK,</u>
(Date)
CARDELLA, DORSCH, LEHNER, CERDA, WAGNER, RIX, PERAINO, JEROME.

C:\wpwin80\docket\feeinfo.frm    03/14/05