# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE CASTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 384 |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and Chicago | ) | Judge Hart |
| Police Officers PATRICK CONROY, PAUL | ) | |
| PERAINO, MICHAEL RIX, RYAN WAGNER, | ) | Magistrate Judge Valdez |
| JORGE CERDA, WILLIAM LEHNER, BRIAN | ) | |
| DORSCH, ANTHONY CARDELLA, DANIEL | ) | JURY TRIAL DEMANDED |
| MIESZCZAK and DONALD JEROME, | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Jeffrey Brooks Granich          Helen Gibbons
       Katie Z. Ehrmin                 Assistant Corporation Counsel
       Law Offices of Jeffrey Granich  City of Chicago
       53 W. Jackson, Suite 840        30 N. LaSalle St., Suite 1020
       Chicago, IL 60604               Chicago, IL 60602

**PLEASE TAKE NOTICE** that on <u>August 28, 2008</u>, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CONROY'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219